Elmer Kreger, Appellee, v. George W. Diener Manufacturing Company, Appellant.

Gen. No. 42,176. 

 Heard in the second division, first district, this court at the April term, 1942; opinion filed

January 18, 1944. Austin E. Torney, for appellant; Harry F. Brewer, of counsel; Miller, Gorham, Wescott & Adams, for appellee; Charles F. White and Frederic W. Heineman, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.